UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANNON KANDA,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF COEUR D'ALENE POLICE CHIEF WAYNE LONGO, CITY OF COEUR D'ALENE, COEUR D'ALENE POLICE DEPARTMENT, OFFICER GREGORY MOORE, OFFICER JONATHAN CONTRELLE, JOHN DOES 1-10 AND JANE DOES 1-10,<br><br>            Defendants. | Case No. 2:09-CV-00404-EJL<br><br>**JUDGMENT** |

Based upon the Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is DISMISSED IN ITS ENTIRETY.

DATED: July 27, 2010

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1